# Order

**Michigan Supreme Court
Lansing, Michigan**

June 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132218(66)

MARY ELLEN McDONALD,
        Plaintiff-Appellee,

SC: 132218v
COA: 259168
Genesee CC: 03-076398-NF

FARM BUREAU INSURANCE CO,
        Defendant-Appellant.
_____

On order of the Chief Justice,, the motion by plaintiff-appellee for extension to May 30, 2007 of the time for filing her brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2007

Clerk